AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

ANTHONY WRIGHT,

    Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00207-RCJ-RAM**

JIM BENEDETTI, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the amended complaint (Document No. 7-1) and this entire action are DISMISSED WITH PREJUDICE.

  December 29, 2010              **LANCE S. WILSON**
                                  Clerk

                                  /s/ Katie Lynn Ogden
                                  Deputy Clerk